UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-40316-RWZ

JAN F. BECKER

v.

STEWART C. HUDSON, WARDEN, et al.

ORDER

December 21, 2007

ZOBEL, D.J

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, it is ordered that the petition be dismissed because it plainly shows that petitioner is not entitled to the relief he seeks.

First, petitioner asserts that he is a prisoner at the Mansfield Correctional Institution in the State of Ohio and the primary, and only proper, respondent is Stewart C. Hudson, apparently the warden of that institution. Petitioner seeks to challenge a conviction and sentence imposed by in the State of Ohio. This court's jurisdiction does not extend to this petition and that respondent.

Second, this action is, in substance, a re-filing of a habeas petition previously dismissed by this Court on January 22, 2007 in the case Becker v. Hudson, et al., C.A. 07-10063-RWZ (Judgment, #4).[1] That action was dismissed, in part, as a "second or successive" petition and not within any of the exceptions of 28 U.S.C. S 2254 (b)(2). The same is true for the instant petition.

---

[1] On the top left-hand corner of the first page of the petition, it states: "Second Filing Attempt!" Pet. at 1.

Accordingly, in light of the above, this action is hereby ordered DISMISSED in its entirety, <u>with</u> prejudice.  Petitioner may not re-file this action in this district.[2]


SO ORDERED.

                                                <u>/s/ Rya W. Zobel</u>
                                                UNITED STATES DISTRICT JUDGE

---

[2]Notwithstanding the dismissal of this action, petitioner's Motion for Leave to Proceed *in forma pauperis* is ALLOWED, inasmuch as petitioner has sufficiently demonstrated that he lacks funds to pay the $5.00 filing fee for this action.