UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  07-40316-RWZ

JAN F. BECKER

v.

STEWART C. HUDSON, WARDEN, et al.

ORDER FOR DISMISSAL

ZOBEL, D.J

In accordance with the Order (#3) directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above captioned matter is dismissed in its entirety with prejudice.

By the Court,

/s/ Lisa Urso
Deputy Clerk

December 27, 2007